# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| Gregory P. Violette and Barbara A. Violette,<br><br>Plaintiffs,<br><br>vs.<br><br><br><br>Carrington Mortgage Services, LLC,<br>and Shirley Carrington, President, Her Bond<br>and John Doe One,<br><br>Defendants. | CIVIL ACTION NO: 1:2026-cv-000174<br><br><br><br>**Corporate and Diversity Parties Disclosure Statement** |

NOW COMES Defendant, Carrington Mortgage Services, LLC ("Carrington"), by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of this Court's Local Rules, states as follows:

*Non-Governmental Corporations*

1. Carrington is a Delaware limited liability company whose members are Carrington Holding Company, LLC ("Carrington Holding") and Carrington Investment Partners, L.P. ("Carrington Investment"). Additional information about Carrington's members is disclosed below.

2. There are no publicly held corporations, entities, or individuals owning 10% or more of Carrington's stock or having a 10% or more ownership interest in Carrington, except as may be identified below.

*Parties or Intervenors in a Diversity Case*

3. Carrington's members are Carrington Holding Company, LLC ("Carrington Holding") and Carrington Investment Partners, L.P. ("Carrington Investments").

4.  Carrington Holding is a Delaware limited liability company, whose sole member is The Carrington Companies, LLC (the "Carrington Companies").

5.  Carrington Investment is a Delaware limited partnership, whose general partner is Carrington Capital Management, LLC ("Carrington Capital").

6.  Carrington Capital is a Delaware limited liability company, whose members are Carrington Holding and a natural person. The natural person is not a citizen of the State of Maine or the State of Alabama.

7.  The Carrington Companies is a Delaware limited liability company, whose members are two natural persons who are not citizens of the State of Maine or the State of Alabama.

DATED: April 9, 2026

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

2

**CERTIFICATE OF SERVICE**

I, Reneau J. Longoria, Esq. hereby certify that on April 9, 2026, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Gregory P. Violette
62 Old Point Ave
Madison, ME 04950

Barbara A. Violette
62 Old Point Ave
Madison, ME 04950

Gregory P. Violette
19992 Airport Rd
Andalusia, AL 36421

Barbara A. Violette
19992 Airport Rd
Andalusia, AL 36421

3