**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| **Gregory P. Violette and Barbara A. Violette,** | **CIVIL ACTION NO: 1:2026-cv-000174** |
| **Plaintiffs,** | |
| **vs.** | |
| | **Motion for Extension of Time to Plead** |
| **Carrington Mortgage Services, LLC, and Shirley Carrington, President, Her Bond and John Doe One,** | |
| **Defendants.** | |

Defendant Carrington Mortgage Services, LLC ("Carrington"), by its attorneys and pursuant to Rule 6 of the Federal Rules of Civil Procedure, moves to extend the deadline to file its pleading or motion responding to the Verified Complaint for Declaratory and Injunctive Relief ("Complaint") [Doc. 1-1] filed by Plaintiffs Gregory P. Violette and Barbara A. Violette (collectively, "Plaintiffs") by fourteen (14) days, up to and including April 27, 2026, and in support states as follows:

1.      Plaintiffs filed the Complaint in the Skowhegan District Court, Somerset County on February 20, 2026. Although Carrington was never formally served with process, it removed the Complaint to this Court on April 3, 2025. On April 6, 2026, this Court set Carrington's deadline to answer the Complaint as April 13, 2026.

2.      Carrington's counsel in this matter requires additional time to investigate the allegations in the Complaint and consult with its client about an appropriate response. Carrington's anticipated investigation includes analyzing and comparing the allegations made in pleadings in multiple other lawsuits filed against Carrington and other lenders in at least one other state, at least one of which names the same parties to this case and appears to allege similar or identical facts other than the loan and property involved.

3.      The Federal Rules of Civil Procedure provide that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice . . . if a request is made[ ] before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

4.      Carrington files this Motion before the expiration of its time to respond to Plaintiffs' Complaint, and good cause exists to extend the response time as stated herein.

5.      No party would be prejudiced by granting Carrington's requested extension, and granting the extension would not require the Court to alter or modify any other existing deadlines.

WHEREFORE, Carrington requests that the Court grant this Motion, extend Carrington's deadline to file a pleading or motion responding to Plaintiffs' Complaint until on or before April 27, 2026, and grant such further relief as the Court considers appropriate.

Dated:  April 9, 2026

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

2

**CERTIFICATE OF SERVICE**

I, Reneau J. Longoria, Esq. hereby certify that on April 9, 2026, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Gregory P. Violette
62 Old Point Ave
Madison, ME 04950

Barbara A. Violette
62 Old Point Ave
Madison, ME 04950

Gregory P. Violette
19992 Airport Rd
Andalusia, AL 36421

Barbara A. Violette
19992 Airport Rd
Andalusia, AL 36421

3