## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| Gregory P. Violette and Barbara A. Violette, | CIVIL ACTION NO: 1:2026-cv-000174 |
| Plaintiffs, | |
| vs. | SUPPLEMENT TO NOTICE OF REMOVAL |
| Carrington Mortgage Services, LLC, and Shirley Carrington, President, Her Bond and John Doe One, | |
| Defendants. | |

NOW COMES Defendant, Carrington Mortgage Services, LLC ( "Carrington"), by and through undersigned counsel, and supplements its Notice of Removal filed April 3, 2026 [Doc. 1] ("Notice") as follows:

1. Carrington's Notice asserts two grounds under which this Court has original jurisdiction allowing for removal: (1) federal question jurisdiction under 28 U.S.C. § 1331; and (2) diversity jurisdiction under 28 U.S.C. § 1332.

2. For diversity jurisdiction, the Notice states, among other facts, that "[o]n information and belief, Plaintiffs are citizens of the State of Maine." (Doc. 1, ¶ 10). The Notice further states facts showing that Carrington is not a citizen of the State of Maine. (Doc. 1, ¶¶ 11-16).

3. While investigating Plaintiffs' allegations against Carrington in this action, Carrington discovered that Plaintiffs have filed multiple other lawsuits in at least the State of Alabama against both Carrington and another lender involving other loans and other properties.

4. In one of those cases, styled as *Violette v. Carrington Mortg. Serv.*, 2:2026-cv-00064 and pending in the United States District Court for the Middle District of Alabama ("Case No. 2:2026-cv-00064"), Plaintiffs allege that they are "citizens of Alabama." (Ex. A, p. 3). A copy of Plaintiffs' Motion to Remand to the Covington County Alabama Circuit Court filed as

Doc. 5 in Case No. 2026-cv-00064 is attached hereto as Exhibit A.

5. Carrington therefore supplements its Notice to state additional facts showing that it is also not a citizen of the State of Alabama.

6. More specifically, as alleged in Carrington's Notice, Carrington is a Delaware limited liability company whose citizenship is determined by the citizenship of its members. *See*, *e.g.*, *Gore and Ass. Mgmt v. SLSCO*, 157 F.4th 83, 85 n.1 (1st Cir. 2025).

7. Carrington's members are Carrington Holding Company, LLC ("Carrington Holding") and Carrington Investment Partners, L.P. ("Carrington Investments").

8. Carrington Holding is a Delaware limited liability company, whose sole member is The Carrington Companies, LLC (the "Carrington Companies").

9. Carrington Investment is a Delaware limited partnership, whose general partner is Carrington Capital Management, LLC ("Carrington Capital").

10. Carrington Capital is a Delaware limited liability company, whose members are Carrington Holding and a natural person. The natural person is not a citizen of the State of Alabama.

11. The Carrington Companies is a Delaware limited liability company, whose members are two natural persons who are not citizens of the State of Alabama.

DATED: April 9, 2026

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

**CERTIFICATE OF SERVICE**

I, Reneau J. Longoria, Esq. hereby certify that on April 9, 2026, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Gregory P. Violette
62 Old Point Ave
Madison, ME 04950

Barbara A. Violette
62 Old Point Ave
Madison, ME 04950

Gregory P. Violette
19992 Airport Rd
Andalusia, AL 36421

Barbara A. Violette
19992 Airport Rd
Andalusia, AL 36421