# REGISTRY OF ACTIONS
## CASE NO. SKODC-REA-2026-00004

Gregory Violette,Barbara Violette v. Carrington Mortgage Services, LLC,Shirley Carrington  §§§§

Location: **Skowhegan District Court**
Filed on: **02/20/2026**

---

## CASE INFORMATION

Case Type: **Real Estate**
Subtype: **Other Real Estate**

Case Status: **02/20/2026  Pending - Active**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number    SKODC-REA-2026-00004 |
| | Court    Skowhegan District Court |
| | Date Assigned    02/20/2026 |

---

## PARTY INFORMATION

*Lead Attorneys*

| **Plaintiff** | **Violette, Barbara A** | |
| | **Violette, Gregory P** | |
| **Defendant** | **Carrington Mortgage Services, LLC** | **Longoria, Reneau J**<br>*Retained*<br>978-921-4870(F)<br>978-921-2670(W)<br>*DOONAN GRAVES LONGORIA LLC*<br>*100 CUMMINGS CENTER, STE 303C*<br>*BEVERLY, MA 01915*<br>rjl@dgandl.com |
| | **Carrington, Shirley** | **Longoria, Reneau J**<br>*Retained*<br>978-921-4870(F)<br>978-921-2670(W)<br>*DOONAN GRAVES LONGORIA LLC*<br>*100 CUMMINGS CENTER, STE 303C*<br>*BEVERLY, MA 01915*<br>rjl@dgandl.com |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 02/20/2026 | filing document - COMPLAINT - filed<br>Party: Plaintiff Violette, Gregory P; Plaintiff Violette, Barbara A<br>Created: 02/20/2026 3:05 PM | |
| 02/20/2026 | **Service Status**<br>Carrington Mortgage Services, LLC<br>Served: 02/09/2026<br><br>Carrington, Shirley | |

|   |   |   |
|---|---|---|
|   | Served: 02/09/2026<br>Created: 02/20/2026 3:27 PM |   |
| 02/20/2026 | service - CIVIL SUMMONS - filed<br>Party: Defendant Carrington, Shirley<br>Created: 02/20/2026 3:32 PM |   |
| 02/20/2026 | service - CIVIL SUMMONS - filed<br>Party: Defendant Carrington Mortgage Services, LLC<br>Created: 02/20/2026 3:33 PM |   |
| 04/02/2026 | other filing - ENTRY OF APPEARANCE - filed<br>Party: Attorney - Retained Longoria, Reneau J<br>Created: 04/02/2026 10:52 AM |   |

| DATE | FINANCIAL INFORMATION | | |
|---|---|---|---|
| | **Plaintiff** Violette, Gregory P<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 04/07/2026** | | 175.00<br>175.00<br>**0.00** |
| 02/20/2026<br>02/20/2026 | Charge<br>Payment | Receipt # 2026-00012152 | Plaintiff Violette, Gregory P<br>Plaintiff Violette, Gregory P | 175.00<br>(175.00) |

A TRUE COPY
ATTEST: _Susan Trebash_
CLERK

SOMERSET COUNTY COUR;
FEB 20 '26 PM1:45

**STATE OF MAINE**

DISTRICT COURT
SOMERSET, SS.
**GREGORY P. VIOLETTE AND**
**BARBARA A VIOLETTE,**
Plaintiffs,

v.

**Carrington Mortgage Services, LLC,**
**Shirley Carrington, President, Her Bond John Doe One,**
Defendants.

CIVIL ACTION
DOCKET No.:

SKODC-REA-2026-00004

# VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiffs **Gregory P. Violette** and **Barbara A. Violette** ("Plaintiffs"), appearing **pro se**, brings this Verified Complaint against Defendants **Carrington Mortgage Services, LLC** ("Carrington"), and **Shirley Carrington, President, Her Bond John Doe One** and alleges as follows:

## I. PARTIES

1. Plaintiffs **Gregory P. Violette and Barbara A Violette** is a natural person and claims ownership and lawful possessory interest in the real property located at **62 Old Point Ave, Madison, Maine 04950** ("Subject Property").
2. Defendant **Carrington Mortgage Services, LLC** is a mortgage servicer and alleged debt collector' that claims authority to service, collect, and/or enforce an alleged mortgage loan associated with the Subject Property.

1

## II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to **14 M.R.S. §§ 5951–5963** (Maine Declaratory Judgments Act) and the Court's inherent equitable powers.
4. Venue is proper in this Court because the Subject Property is located in the State of Maine, and Defendant claims an interest affecting title to Maine real property.

## III. FACTUAL ALLEGATIONS

5. Carrington claims authority to service and/or enforce an alleged mortgage loan identified as **Loan No. 3000077297**.
6. Plaintiff disputes Carrington's authority, standing, and real-party-in-interest status.
7. On **December 10, 2025**, Plaintiff served Carrington with a **written notice demanding validation, verification, and proof of authority**, including but not limited to:

a. Proof of standing and real-party-in-interest status
b. Authority to enforce the alleged promissory note
c. Production of the original promissory note and all endorsements or allonges
d. A complete loan accounting from inception
e. Disclosures required under **FDCPA, TILA,** and **RESPA Regulation X**

8. More than **thirty-five (35) days** have elapsed since service of the notice.
9. Carrington **failed and refused to provide the requested validation, accounting, or proof of authority.**
10. Despite its failure to validate, Carrington continues to assert enforcement rights, creating a **cloud on title**, impairing Plaintiff's property rights, and exposing Plaintiff to the risk of **wrongful foreclosure**.
11. Under Maine law, a party lacking standing or authority may not lawfully foreclose or enforce a mortgage obligation.

# IV. CAUSES OF ACTION

## COUNT I — DECLARATORY JUDGMENT

(14 M.R.S. §§ 5951–5963)

12. An actual, justiciable controversy exists regarding Carrington's claimed authority to enforce the alleged loan.
13. Plaintiff seeks a declaration determining:

a. Whether Carrington is the real party in interest
b. Whether Carrington has authority to enforce the alleged note and mortgage
c. Whether enforcement actions without validation violate state and federal law

## COUNT II — LACK OF STANDING / REAL PARTY IN INTEREST

14. Carrington has failed to demonstrate possession of the note or lawful authority to enforce it.
15. Absent standing, Carrington is barred from foreclosure or collection activity.

## COUNT III — FDCPA VIOLATIONS

(15 U.S.C. §§ 1692g, 1692e)

16. Carrington is a "debt collector" as defined by the FDCPA.
17. Plaintiff timely disputed the alleged debt in writing.
18. Carrington failed to validate the debt and continued to assert enforcement rights, in violation of federal law.

## COUNT IV — RESPA REGULATION X VIOLATIONS

(12 C.F.R. §§ 1024.35 & 1024.36)

19. Plaintiff's written notice constituted a Qualified Written Request and/or Request for Information.
20. Carrington failed to respond within required statutory timeframes.

## COUNT V — EQUITABLE RELIEF / PREVENTION OF WRONGFUL FORECLOSURE

21. Equity will not permit foreclosure of absent proof of lawful authority.
22. Plaintiff faces irreparable harm, including loss of real property and impairment of title, without injunctive relief.

# V. INJUNCTIVE RELIEF

23. Plaintiff seeks an order enjoining Carrington from initiating or continuing foreclosure or enforcement activity unless and until lawful standing and validation are established.

# VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Declare that Carrington lacks authority absent proof of standing
B. Enjoin foreclosure or enforcement activity pending compliance
C. Order production of validation and accounting
D. Award statutory damages under FDCPA and RESPA
E. Award costs and such further relief as the Court deems just and proper

# VERIFICATION

I, **Gregory P. Violette**, declare under penalty of perjury under the laws of the State of Maine that the foregoing is true and correct to the best of my knowledge.

4

Gregory P. Violette, Pro Se

Dated this 3rd day of February 2026.

I, **Barbara A Violette**, declare under penalty of perjury under the laws of the State of Maine that the foregoing is true and correct to the best of my knowledge.

Barbara A. Violette, Pro Se

Dated this 3rd day of February 2026.

A TRUE COPY
ATTEST: Susan Frudash
CLERK

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

| | | |
|---|---|---|
| Gregory P. Violette & Barbara A. Violette | Plaintiff | |
| V. | | |
| Carrington Mortgage Services, LLC, | Defendant | |
| Shirley Carrington | Other Party (if any) | |

*"X"* the court for filing:
☐ Superior Court ☒ District Court
☐ Unified Criminal Docket
County: Somerset
Location (Town): Skowhegan
Docket No. SKODC-REA-2026-00004

## ENTRY OF APPEARANCE

☒ The Clerk will please enter my appearance **as counsel** for ☐ plaintiff ☒ defendant ☐ other party, *(print party's name)* _____

**OR**

☐ The Clerk will please enter my appearance **as a self-represented** ☐ plaintiff ☐ defendant ☐ other party, *(print your name)* _____

Date *(mm/dd/yyyy)*: 04/01/2026          ▶ /s/ Reneau J. Longoria
                                                          Signature

Name: Reneau J. Longoria, Esq.
Bar Number: 005746
Address: Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
Telephone: (978) 921-2670
Email: RJL@dgandl.com

**PLEASE NOTE:** This Appearance should be signed by a member of the Bar of Maine or by the party if appearing pro se, filed with the Clerk and a copy served upon each of the parties.

A TRUE COPY
ATTEST: _Susan Frabash_
                              CLERK

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

Gregory P. Villette
Barbara A. Violette _____ Plaintiff*

V.

Carrington Mortgage Services LLC _____ Defendant
P.O. Box 5001 _____ Address
Westfield, IN 46074 _____

SOMERSET COUNTY COURT
FEB 20 '26 PM 1:46

**"X" the court for filing:**
☐ Superior Court ☒ District Court
County: Somerset
Location (Town): Skowhegan
Docket No.: _____

## SKODC-REA-2026-00004

**SUMMONS**
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the ☒ District ☐ Superior Court, which holds sessions at (street address) 47 Court St _____, in the Town/City of Skowhegan _____, County of Somerset _____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of ☒ District ☐ Superior Court,
47 Court St _____, Skowhegan _____, Maine 04976
      (Mailing Address)                              (Town, City)                    (Zip)
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

> **IMPORTANT WARNING**: **If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your** employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (mm/dd/yyyy): 02/03/2026

Gregory P. Violette
Barbara Violette
19992 Airport Rd
Andalusia, AL 36421
207-399-1567

(☐ Attorney for) Plaintiff
Bar # (if applicable)
Address

Telephone/Email

(Seal of Court)

[signature]
Clerk

> **ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
> **Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-030, Rev. 07/18
Summons

Page 1 of 2

www.courts.maine.gov

**MAINE JUDICIAL BRANCH**

STATE OF MAINE

_____ County

On (*date*) _____, I served the Complaint (and Summons, and <u>Notice Regarding Electronic Service</u>) upon Defendant _____ by delivering a copy of the same at the following address:

_____

☐ to the above-named Defendant in hand.

☐ to (*name*) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to (*name*) _____, who is authorized to receive service for Defendant.

☐ by (*describe other manner of service*): _____

_____
_____

Date (*mm/dd/yyyy*): _____

▶ _____
**Deputy Sheriff Signature**

_____
**Printed Name**

_____
**Agency**

**Costs of Service:**

| | |
|---|---|
| Service: | $ _____ |
| Travel: | $ _____ |
| Postage: | $ _____ |
| Other: | $ _____ |
| **Total** | $ _____ |

A TRUE COPY
ATTEST: _Susan Frederick_
CLERK

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

TRUE COPY
ATTEST: Susan Furlush
CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carrington Mortgage Services LLC
P.O. Box 5001
Westfield, IN 46074

9590 9402 8200 3030 2229 94

2. Article Number (Transfer from service label)

7589 0710 5270 1614 5024 99

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Kirk Harp    2/9/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shirley Carrington, President
P.U. Box 5001
Westfield, IN 46074

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 8200 3030 2229 01

2. Article Number (Transfer from service label)

9589 0710 5270 0028 1253 24

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☒ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
2/9/2U

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- red Mail
- red Mail Restricted Delivery
- r $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

TRUE COPY
ATTEST: Susan Frobush
CLERK

**USPS TRACKING #**

INDIANAPOLIS IN 460

FEB 2026 PM 3 L

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

9590 9402 8200 3030 2229 01

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Gregory Violette
19992 Airport Rd
Andalusia, AL 36421

A TRUE COPY
ATTEST: Susan Fularish
CLERK

USPS TRACKING #

INDIANAPOLIS IN 460

8 FEB 2025 PM 1 L

9590 9402 8200 3030 2229 94

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Gregory Violette
19992 Airport Rd
Andalusia, AL 36421

A TRUE COPY
ATTEST: Susan Furlush
CLERK

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

SOMERSET COUNTY COURT
FEB 20 '26 PM 1:46

Gregory p. Violette
Barbara A violette _____ Plaintiffs

v.

Shirley Carrington president Defendant
P.O. Box 5001 Address
Westfield, IN 46074

"X" the court for filing:
☐ Superior Court ☒ District Court
County: Somerset
Location (Town): Skowhegan
Docket No.: ~~SKODC-REA-2020-00004~~

## SUMMONS
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the ☒ District ☐ Superior Court, which holds sessions at (street address) 47 Court St _____, in the Town/City of Skowhegan _____, County of Somerset _____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of ☒ District ☐ Superior Court,

47 Court St _____, Skowhegan _____, Maine 04976
(Mailing Address)                      (Town, City)                        (Zip)

before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (mm/dd/yyyy): 02/03/2026

Gregory P. Violette
Barbara A Violette
19992 Airport Rd
Andalusia, AL 36421
207-399-~~7832~~ 7569

(☐ Attorney for) Plaintiff
Bar # (if applicable)
Address

Telephone/Email

(Seal of Court)

Susan Trobash

Clerk

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-030, Rev. 07/18
Summons

Page 1 of 2

A TRUE COPY www.courts.maine.gov
ATTEST: Susan Trobash
CLERK

**MAINE JUDICIAL BRANCH**

STATE OF MAINE

_____ County

On (*date*) _____, I served the Complaint (and Summons, and Notice Regarding Electronic Service) upon Defendant _____ by delivering a copy of the same at the following address:

_____

☐ to the above-named Defendant in hand.

☐ to (*name*) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to (*name*) _____, who is authorized to receive service for Defendant.

☐ by (*describe other manner of service*): _____

_____

_____

Date (*mm/dd/yyyy*): _____     ▶ _____

                                            Deputy Sheriff Signature

                                         _____

                                            Printed Name

**Costs of Service:**                    _____

                                            Agency

Service:      $ _____
Travel:       $ _____
Postage:      $ _____
Other:        $ _____

**Total**     $ _____

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.