

Dr. Gregory & Barbara A. Violette
19992 Airport Rd
Andalusia, AL 36421

MONTGOMERY AL 360

15 APR 2026  AM 3  L

FREEDOM FREEDOM
FOREVER/USA  FOREVER/USA

US District Court
202 Harlow St
Bangor, ME 04401

04401-499125