# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

GREGORY P. VIOLETTE, *et al.*,              )    CIVIL ACTION NO. 1:2026-cv-000174
                                            )
           Plaintiff,                       )
                                            )
vs.                                         )
                                            )
CARRINGTON MORTGAGE SERVICES,               )
                                            )
           Defendants.                      )

**DECLARATION OF KEVIN M. HUDSPETH**

I, Kevin M. Hudspeth, declare:

1.      If called as a witness in this cause, I would be competent to testify to the following facts from my personal knowledge.

2.      I am an attorney licensed to practice in the States of Ohio and Illinois.

3.      I am a Partner with the law firm of Hill Wallack LLP ("Hill Wallack").

4.      Hill Wallack represents Carrington Mortgage Services, LLC ("Carrington") in the above-captioned matter ("Federal Matter") in conjunction with Donnan, Graves & Longoria LLC ("DGL").

5.      On February 10, 2026, Carrington retained Hill Wallack in connection with two sets of documents it received by mail on February 9, 2026, referencing a purported lawsuit or lawsuits in Somerset County, Maine, entitled *Gregory P. Violette + Barbara Violette v. Carrington Mortgage Services LLC* and *Gregory P. Violette + Barbara A. Violette v. Shirley Carrington, Her Bond*, respectively ("Lawsuit").

6.      True and accurate copies of the sets of documents that Carrington received and forwarded to Hill Wallack are attached as Exhibits A and B, respectively.

7.      As shown by Exhibits A and B, the sets of documents that Carrington received and

forwarded to Hill Wallack included (1) a Summons to Carrington; (2) a Summons to "Shirley Carrington, Her Bond;" and (3) a Verified Complaint for Declaratory and Injunctive Relief ("Complaint"). Neither the Summons to Carrington, the Summons to "Shirley Carrington, Her Bond," nor the Complaint had file stamps or case numbers, and the two summonses did not have any seal showing that they had been issued by the Clerk of the Court or signature by the Clerk of the Court.

8.      Upon being retained, I attempted to find a case number associated with the Lawsuit by searching online court records for the State of Maine. I could not locate any record of any case filed by Gregory Violette or Barbara Violette against Carrington online.

9.      On February 19, 2026, I contacted the Clerk of Court for the Somerset County Superior Court and the Skowhegan District Court.

10.     The representative I spoke with advised that she could not locate any record of any pending lawsuit filed by Gregory Violette or Barbara Violette against Carrington. The representative advised that the only pending lawsuit involving Gregory Violette and Carrington for which she could find a record was a foreclosure action filed in the Skowhegan District Court.

11.     On March 31, 2026, I conducted a follow-up search of online court records in Maine to confirm that the Lawsuit had still not been filed. During that search, I discovered a record for an action filed on February 20, 2026, entitled *Gregory Violette, Barbara Violette v. Carrington Mortgage Services, LLC, Shirley Carrington*, with a case number of SKODC-REA-2026-00004 ("State Court Action"), but I could not view any court documents filed in the State Court Action.

12.     A true and correct copy of the electronic docket of the State Court Action printed on March 31, 2026, is attached as Exhibit C.

13.     Upon discovering the record of the State Court Action and consulting with

Carrington about this devlopment, I retained DGL to represent Carrington in the State Court Action as local counsel.

14. On April 3, 2026, Carrington filed its Notice of Removal removing the State Court Action to this Court. On April 6, 2026, Carrington filed its Notice of Filing Notice of Removal in the State Court Action.

15. On May 11, 2026, I visited the website of the United States Postal Service at https://tools.usps.com ("USPS Website") to track delivery information for certified mailings filed in the State Court Action.

16. A true and correct copy of tracking information obtained from the USPS Website for Tracking Number 9589071052700028125324 ("Tracking No. 5324"), which corresponds to the certified mailing information for "Shirley Carrington, President" filed in the State Court Action, is attached as Exhibit D.

17. As shown by Exhibit D, the mailing associated with Tracking No. 5324 was sent from Andalusia, Alabama, on February 3, 2026, and delivered to Westfield, Indiana, on February 9, 2026.

18. A true and correct copy of tracking information obtained from the USPS Website for Tracking Number 9589071052701614502499 ("Tracking No. 2499"), which corresponds to the certified mailing information for "Carrington Mortgage Services LLC" filed in the State Court Action, is attached as Exhibit E.

19. As shown by Exhibit E, the mailing associated with Tracking No. 2499 was sent from Andalusia, Alabama, on February 3, 2026, and delivered to Westfield, Indiana, on February 9, 2026.

20. On May 11, 2026, I visited the website of the Indiana Secretary of State at

3

https://bsd.sos.in.gov/publicbusinesssearch to obtain public information about Carrington's registered agent for service and related information.

21.    A true and correct copy of the Business Information on file with the Indiana Secretary of State printed on March 11, 2026, is attached as Exhibit F.

22.    This Declaration is executed within the United States, its territories, possessions, or commonwealths pursuant to 28 U.S.C. § 1746(2).

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kevin M. Hudspeth
Kevin M. Hudspeth

4